FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 07 2008

MATTHEW J. DYKMAN
CLERK

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CRIMINAL NO. 08-144 JEC |
| vs. ) | 18 U.S.C. § 371: Conspiracy to commit 18 U.S.C. § 844(i): Arson. |
| SERGIO BACA and CHAD ALTMAN, ) | |
| Defendants. ) | |

## INFORMATION

The United States Attorney charges:

On or about the 6th day of December 2007, in Bernalillo County, in the State and District of New Mexico, the defendants, **SERGIO BACA and CHAD ALTMAN,** did knowingly and intentionally conspire and agree to commit the crime of Arson, in violation of 18 U.S.C. § 844 (I) and that to further the conspiracy and to effect the objects thereof, the defendants committed an overt act including the following within the State and District of New Mexico:

### Overt Act

On or about the 6th day of December 2007, the defendants **SERGIO BACA and CHAD ALTMAN,** attempted to break and broke a window at the medical practice of Curtis Boyd, M.D., 801 Encino Place NE, Suite C-2, Albuquerque, New Mexico.

In violation of 18 U.S.C. § 371.

GREGORY J. FOURATT
United States Attorney

*[signature]*

RUMALDO R. ARMIJO
Assistant United States Attorney
P. O. Box 607
Albuquerque, NM 87103