UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | 08-144 JC | | USA v. Chad Altman |
| Date: | June 10, 2009 | Name of Deft: | Same |
| Before the Honorable | | John Edwards Conway | |
| Time In/Out: | 11:08-11:15 | Total Time in Court (for JS10): | **SEVEN MINUTES** |
| Clerk: | Lee Jones | Court Reporter: | Julie Goehl |
| AUSA: | Rumaldo Armijo | Defendant's Counsel: | David L. Plotsky, Esq., Appt. |
| Sentencing in: | Albuquerque | Interpreter: | None Required |
| Probation Officer: | Melissa Pedraza | Sworn? | Yes / No |

| Convicted on: | **X** Plea | ☐ Verdict | As to: | **X** Information | ☐ Indictment |
|---|---|---|---|---|---|
| If Plea: | **X** Accepted | ☐ Not Accepted | Adjudged/Found Guilty on Counts: | | |
| Date of Plea/Verdict: | January 7, 2009 | | PSR: | **X** Not Disputed | ☐ Disputed |
| PSR: **X** | Court Adopts PSR Findings | | Evidentiary Hearing: | **X** Not Needed | ☐ Needed |
| Exceptions to PSR: | | | | | |

## SENTENCE IMPOSED

Imprisonment (BOP): 40 months

| Supervised Release: | 3 years | Probation: | | **X** 500-Hour Drug Program |
|---|---|---|---|---|

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for _____ months _____ days |
| | Comply with ICE laws and regulations | | Community service for _____ months _____ days |
| | ICE to begin removal immediately or during sentence | | Reside halfway house _____ months _____ days |
| **X** | Participate in substance abuse program/drug testing | | Register as sex offender |
| **X** | Participate in mental health program | | Participate in sex offender treatment program |
| **X** | No alcohol/liquor establishments | | Possess no sexual material |
| **X** | Submit to search of person/property | | No computer with access to online services |
| **X** | No contact with co-Defendant or victims in this case | | No contact with children under 18 years |
| | No entering, or loitering near, victim's residence | | No volunteering where children supervised |
| | Provide financial information | | Restricted from occupation with access to children |
| | Grant limited waiver of confidentiality | | No loitering within 100 feet of school yards |
| **X** | OTHER: 300 hours of community service | | |

| Fine: $ | **0** | Restitution: $ | **$796,531.92 is due (see below)** |
|---|---|---|---|
| SPA: $ | 100 | Payment Schedule: | **X** Due Immediately / ☐ Waived |

| | | | |
|---|---|---|---|
| OTHER: | Re: Restitution: It is recommended if any amount of restitution remains unpaid after release from custody, nominal monthly payments, at a rate of 10% of the defendant's gross monthly income but not less than $100 per month, shall be paid during the period of supervision.  All restitution in this matter should be paid jointly and severally by the two co-defendants.  All payments made by the defendant should be submitted to the Clerk of Court, Attn: Intake, No. 1:08-CR00144-002 JEC, 333 Lomas NW, Suite 270, Albuquerque, NM 87102.  The payments will then be forwarded to the specific victims below.<br><br>Restitution in the sum of $500 shall be paid to: Dr. Curtis Boyd, 522 Lomas Blvd., NE, Albuquerque, NM 87012<br>$510,686.17 shall be paid to Travelers Insurance Co., Attn: Judy Calvelli, Claim No. A9E1142, P. O. Box 3566, Albuquerque, NM, 87190.<br>$2,500 shall be paid to Coolidge Medical Arts LLC, 6001 Indian School Road, NE, Suite #4, Albuquerque, NM 87110<br>$282,845.75 shall be paid to AMCO Insurance Do., Claim No. 30A13133, P. O. Box 8379, Canton, OH 44711<br><br>As additional restitution claims may still be submitted by Travelers Insurance Company, any final determination of losses will remain open up to 90 days after sentencing. | | |
| | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
| | Held in Custody | X | Voluntary Surrender |
| X | Recommended place(s) of incarceration: | | El Reno, OK |
| | Dismissed Counts: | Motion and Order will be filed to dismiss the original Indictment | |
| OTHER COMMENTS: | Defendant shall report to the US Marshal Service immediately following sentencing to arrange for self-surrender to the designated facility or the US Marshal Service or w/in  75 days from this date or as otherwise indicated by the US Marshal Service. | | |